UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES H. VICKNAIR, SR. | *CIVIL NO. 6:11-0184 c/w 11-406, 11-407 and 11-834 |
| VERSUS | *JUDGE DOHERTY |
| LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES, ET AL. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

**IT IS ORDERED** that the defendants' Motion for Summary Judgment is **GRANTED in part**. Accordingly, all federal claims asserted by Ronald J. Vicknair, Jr. and Bernard Blanchard against Sheriff Ronald J. Theriot and Detective Gabriel Gauthier are **DISMISSED WITH PREJUDICE**, and all state law claims asserted by Ronald J. Vicknair, Jr. and Bernard Blanchard against Sheriff Ronald J. Theriot and Detective Gabriel Gauthier are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 20 day of March, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE